**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

July 8, 2011

**VIA ECF**

The Honorable Andrew L. Carter
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:** **Williams v. McCarthy**
       **10 CV 5482 (JBW) (ALC)**

Dear Magistrate Judge Carter:

I represent the plaintiff in the above matter. In response the Court's order I am still trying to determine whether the parties can resolve the matter. I would request that the Court impose an order to provide a status report within thirty days.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/
Adam J. Fishbein

Cc:    Manuel Newburger, Esq. (via email)